AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Juan Manuel Guevara-Rios

**CRIMINAL COMPLAINT**

Case Number: M-19-907-M

IAE    YOB: 1982
HONDURAS
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 21, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Juan Manuel Guevara-Rios was encountered by Border Patrol Agents near Penitas, Texas on April 21, 2019. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 21, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 18, 2018 through Miami, Florida. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 13, 2018, the defendant was convicted of Illegal reentry after removal from the United States and sentenced to sixty (60) days confinement and one (1) year supervised release term.

Approved AUSA L. Garcia

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Signature of Complainant
Julio C. Pena    Senior Patrol Agent

Sworn to before me and subscribed in my presence,
April 22, 2019 - 4:43 p.m.

Juan F. Alanis    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer